# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROGER GRIFFIN,** | **CIVIL NO. 3:24-CV-112** |
| **Plaintiff,** | |
| v. | |
| | **(Magistrate Judge Carlson)** |
| **JAMES PETRUCCI, et al.,** | |
| **Defendants.** | |

## ORDER

AND NOW this 7th day of February 2025, for the reasons set forth in the accompanying Memorandum, IT IS ORDERED that the state police defendants, Defendant Sweeney, and Defendants Vincent Butkiewicz and Joseph Gianacopoulos' motions to dismiss the complaint with prejudice, (Docs. 56, 58, 60), are GRANTED.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

1