IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROGER GRIFFIN,** | : | CIVIL NO. 3:24-CV-112 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **JAMES PETRUCCI, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 15th day of July 2025, for the reasons set forth in the accompanying Memorandum Opinion, the defendant's motion for judgment on the pleadings which we have converted into a motion for summary judgment is GRANTED. The plaintiff's complaint is DISMISSED, and the clerk is DIRECTED to CLOSE this file.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

23